POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Yaman Salahi (SBN 288752)<br>Salahi PC<br>505 Montgomery St., 11th Floor<br>San Francisco, CA 94111<br><br>TELEPHONE NO.: 415-236-2532     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* yaman@salahilaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Hamad Sayad | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
 STREET ADDRESS: United States District Court, Northern District of California
 MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
 BRANCH NAME:

| PLAINTIFF/PETITIONER: Hamad Sayad | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: United States of America | 3:25-cv-04679 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

    a. [✖] summons

    b. [✖] complaint

    c. [✖] Alternative Dispute Resolution (ADR) package

    d. [✖] Civil Case Cover Sheet *(served in complex cases only)*

    e. [ ] cross-complaint

    f. [✖] other *(specify documents):* Consent or Declination for Magistrate Judge, Standing Order and Discovery Standing Order

3. a. Party served *(specify name of party as shown on documents served):*
    United States of America, United States Attorney General

    b. [✖] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
     United States Attorney General, United States Department of Justice

4. Address where the party was served:
    950 Pennsylvania Ave., NW, Washington DC 20530-0001

5. I served the party *(check proper box)*

    a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*                      (2) at *(time):*

    b. [ ] **by substituted service.** On *(date):*                at *(time):*           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*                 **or** [ ] a declaration of mailing is attached.

        (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Code of Civil Procedure, § 417.10

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: Hamad Sayad<br>DEFENDANT/RESPONDENT: United States of America | CASE NUMBER:<br>3:25-cv-04679 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):*
    By U.S. Certified Mail Per FRCP 4(i)(1)(B). Mail sent on June 18, 2025
    and acknowledged received on June 25, 2025. See attached tracking.

    ☒ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* United States of America
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: FRCP 4(i)(1)(B) |

7. **Person who served papers**
  a. Name: Yaman Salahi
  b. Address: 505 Montgomery St., 11th Floor, San Francisco, CA 94111
  c. Telephone number: 415-236-2352
  d. **The fee** for service was: $ 0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 10, 2025

Yaman Salahi
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) ▶     (SIGNATURE)

---

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     **Page 2 of 2**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U' psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

✕

Your item was picked up at a postal facility
at 5:12 am on June 25, 2025 in
WASHINGTON, DC 20530.

WASHINGTON, DC 20530
June 25, 2025, 5:12 am

**See All Tracking History**

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-**
**package)**

---

**Text & Email Updates**  ⌄

---

**Return Receipt Electronic**  ⌃

 Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:



yaman@salahilaw.com

---

## USPS Tracking Plus® ⌄

---

## Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs