**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **HAMAD SAYAD,** | Case No. 3:25-cv-4679-TSH |
| *Plaintiff,* | **DECLARATION OF HAMAD SAYAD** _____ |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| *Defendant.* | |

Pursuant to 28 U.S.C. § 1746, I, Hamad Sayad, hereby declare and state as follows:

1.      I am above 18 years of age and am fully competent to make this declaration and do so upon my personal knowledge.

2.      I am the plaintiff in this case.  I was born in Yemen, and fled the country after the Houthis, a paramilitary group, tortured me.  I arrived in the United States in December 2020 and was detained by Immigration and Customs Enforcement ("ICE") from December 2020 to May 2022 while my applications for asylum and temporary protective status were pending.

3.      I was transferred numerous times while I was in ICE detention, but I spent the majority of my time at La Palma Correctional Center, located in Eloy, Arizona.

4.      I experienced a lot of traumatic events while I was in Arizona.  As my complaint explains, I eventually went on a hunger strike because of unfair treatment, but ICE still subjected me to a terrible force-feeding procedure.  They failed many times to get the tube through my nose into my stomach.  I cannot explain how painful the failed feeding tube insertions were. Every time they would push the tube up my nostril, the tube would come out of my mouth,

DECL. OF HAMAD SAYAD                                          CASE NO. 3:25-CV-4679-TSH

causing me to gag and gasp for air. The tube felt like fire up my nose, and when it would get pushed into my mouth it felt like I was choking. I started bleeding everywhere and experienced immense pain and terror. I thought I was going to die.

5. I have dealt with the psychological and physical trauma from my mistreatment every single day since March 2022. I lost the use of my left hand after the failed feeding tube insertion, and I still can't use it. I also suffer from pain in my vocal cords, my lower back, and in my nose, in addition to shortness of breath, depression, chest pain, rheumatism in both legs, anxiety, insomnia, and nerve pain. All of this is due to the force feeding that I was subjected to. None of these symptoms have gone away in the two years since my release.

6. I was released on bond a few months after this incident, in May 2022.

7. I knew I wanted to leave Arizona immediately after my release. I didn't feel safe there, and I wanted to be far away from the place where I was hurt and the people that hurt me.

8. Before I came to California, I tried to get on my feet in St. Louis, Missouri because I had a friend that lived there who offered to let me live with him while I figured out my next steps. That housing accommodation only lasted a few months, because my friend ultimately had to move, and I could not afford to live there on my own. I moved two other times while I was in St. Louis, mainly because of the poor condition of the homes that I was staying in.

9. At the beginning of this year, I decided to move to California. I didn't know anybody in Missouri anymore, and it was difficult for me to find support and stability there. I also knew that I wanted to live in a place where I would feel safe, with my life and dignity respected. I had heard that California was known for protecting human rights and decided that I wanted California to be my home.

10. The process of getting approval to move to California took a long time, but I ultimately got clearance to move to San Leandro, California in May of this year and have since been focusing on finding stability, seeking medical treatment, and finding an attorney to help me bring my case.

11. I signed a one-year lease where I currently live, and I recently started a job delivering groceries to Walmart customers through an app called Spark. I have also recently

Doc ID: 44ac530fc820b6c697a79c80cda6c7c33f8516a9

obtained health insurance through Medi-Cal, and am going through the process of obtaining medical treatment for the ongoing health issues caused by ICE mistreatment.

12.     I make just enough money to make ends meet, on average $500-$600 a week. It's gig-style work, so I only get paid for the work I perform and do not have any employment benefits like paid time off, vacation, or sick days. I have very little in savings. Right now I have just under $150 in my bank accounts.

13.     It was extremely difficult for me to find a lawyer that would represent me for this case. While, after much effort, I was able to find a pro bono lawyer for my asylum proceedings with the support of the Florence Project, they can't help me with these claims. I wasn't able to find any lawyers in Arizona to work on this case, even though I tried hard to do so. Finding one that could communicate with me in Arabic and accommodate my inability to pay for representation felt almost impossible. One lawyer even asked that I pay $5,000 up front for him to hire an interpreter, which I could not afford.

14.     I love my life in California. I have found safety, comfort, peace of mind, beautiful weather, and natural scenery here. I feel blessed to get to live my life here. I have stable housing, a job, and am building a support network and treatment plan for my injuries.

15.     After learning that the government wants to move this case back to Arizona, I have been feeling a lot of stress, anxiety, and fear. I am deeply scared of going back to the place where I endured so much suffering and mistreatment. I felt like I was close to death there. I have no friends or family there. I already live with the psychological consequences from my time detained there and worry that going back would force me to re-live my greatest nightmares.

16.     Having to travel to Arizona for this case would also be very difficult for other reasons. I intend to testify and attend the trial in this case, but I can't even afford to pay for airplane tickets or hotels if I need to travel there, or to miss work while I do so.

17.     I ask the Court, please allow me to pursue my case here so I don't have to suffer these hardships.

I declare under penalty of perjury that the foregoing is true and correct.

Doc ID: 44ac530fc820b6c697a79c80cda6c7c33f8516a9

Executed on ___09 / 14 / 2025___ at San Leandro, California.


By: _____
Hamad Sayad


I, Nasser Meerkhan, am fluent in Arabic and English. I certify that on September 12, 2025, I translated the preceding declaration to Hamad Mohsen Thabit Saad Sayad accurately, completely, and to the best of my ability.


By: _____
Nasser Meerkhan

Doc ID: 44ac530fc820b6c697a79c80cda6c7c33f8516a9