Yaman Salahi (SBN 288752)
yaman@salahilaw.com
Nicole Cabañez (*pro hac vice*)
nicolec@salahilaw.com
**SALAHI PC**
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HAMAD SAYAD, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Case No. 3:25-cv-4679-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET THE DEADLINE TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE AND RELATED HEARING** <br><br> **Judge:** Hon. Thomas S. Hixson |

WHEREAS, on August 11, 2025, Defendant filed a Motion to Transfer (the "Motion") this action to the District of Arizona (ECF No. 11);

WHEREAS, on September 15, 2025, Plaintiff filed his Opposition to the Motion (ECF No. 16);

WHEREAS, on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. (Cabañez Decl. at ¶ 2);

WHEREAS, the proceedings were stayed, including the remaining deadlines and hearing related to the Motion (ECF No. 20);

WHEREAS, on November 12, 2025, Congress restored appropriations to the Department of Justice and the government shutdown ended (Cabañez Decl. at ¶ 3);

WHEREAS, the parties have conferred and agree that, subject to the Court's approval, the deadline for Defendant to file a reply in support of the Motion should be December 18, 2025 and the hearing on the Motion should be set for January 22, 2026 at 10:00 am in Courtroom E, 15th Floor, San Francisco, California, (Cabañez Decl. at ¶ 4);

WHEREAS there have been two previous requests for time modification in this case:

1. On August 15, 2025, the Court granted a stipulation to extend the briefing schedule for the Motion, to continue the hearing on the Motion, and to continue the Case Management Conference until after the Motion has been resolved (ECF No. 15);
2. On October 1, 2025; the Court stayed the case in light of the lapse in government appropriations (ECF No. 20);

WHEREAS, the proposal will not affect any other scheduled deadlines or events in this case;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

1. Defendant's deadline to file a reply in support of the Motion is December 18, 2025.
2. Pursuant to the Court's availability, the hearing on the Motion shall take place on January 22, 2026, at 10:00 a.m., or as soon thereafter as the parties may be heard.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 25, 2025

By: /s/ Nicole Cabañez
Yaman Salahi
yaman@salahilaw.com
Nicole Cabañez
nicolec@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

*Attorneys for Plaintiff*

Dated: November 25, 2025

By: /s/ Kenneth Brakebill
Kenneth Warren Brakebill
Kenneth.brakebill@usdoj.gov
United States Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, California 94102
Tel: (415) 436-7167

*Counsel for Defendant*

## ATTESTATION

Pursuant to Civil L.R. 5-1(h)(i)(3), the undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated:   November 25, 2025             /s/ Nicole Cabañez
                                        Nicole Cabañez

# ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION**, IT IS SO ORDERED:

1. Defendant will file its reply in support of the Motion by December 18, 2025.

2. The hearing on the Motion is set for January 22, 2026 at 10:00 am in Courtroom E, on the 15th Floor, in San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 26, 2025

_____
Hon. Thomas S. Hixson
United States Magistrate Judge