CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAMAD SAYAD, | Case No. 3:25-cv-4679-TSH |
|     Plaintiff, | **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES ON MOTION TO TRANSFER; DECLARATION** |
|     v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

    Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

    WHEREAS, on August 11, 2025, Defendant filed a Motion to Transfer this action to the District of Arizona (ECF No. 11) ("Motion");

    WHEREAS, on September 15, 2025, Plaintiff filed his Opposition to the Motion (ECF No. 16);

1  WHEREAS, on September 30, 2025, the appropriations act that had been funding the Department of
2  Justice expired and appropriations to the Department lapsed;

3  WHEREAS, the proceedings were stayed, including the remaining deadlines and hearing related to
4  the Motion (ECF No. 20);

5  WHEREAS, on November 25, 2025, after Congress restored appropriations to the Department of
6  Justice and the government shutdown ended, the parties submitted a stipulation setting the Defendant's
7  reply in support of the Motion on December 18, 2025 and the hearing on the Motion on January 22,
8  2026, which was approved by the Court on November 26, 2025 (ECF No. 22);

9  WHEREAS, counsel for Defendant is currently on medical leave and will not return to work until
10 January;

11 WHEREAS, the parties have conferred and agreed to a modest extension whereby, subject to the
12 Court's approval, the deadline for Defendant to file a reply in support of the Motion shall be January 29,
13 2025 and the hearing on the Motion shall be set for February 19, 2026;

14 WHEREAS there have been three previous requests for time modification in this case (ECF Nos. 15,
15 20, 22);

16

17 Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action,
18 through their counsel of record, that:

19  1.  Defendant's deadline to file a reply in support of the Motion is January 29, 2026.

20  2.  The hearing on the Motion shall take place on February 19, 2026 at 10:00 a.m., or as
21 soon thereafter as the parties may be heard.

22

23 **IT IS SO STIPULATED.**

24 Dated: December 17, 2025                By:  /s/ Yaman Salahi
                                                Yaman Salahi
25                                              yaman@salahilaw.com
                                                Nicole Cabañez
26                                              nicolec@salahilaw.com
                                                SALAHI PC
27                                              505 Montgomery St., 11th Floor
                                                San Francisco, California 94111
28

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES; DECLARATION
Case No. 3:25-cv-4679-TSH

2

|   |   |
|---|---|
| | Counsel for Plaintiff |
| Dated: December 17, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | /s/ *Kenneth Brakebill* <br>Kenneth Brakebill<br>Assistant United States Attorney |
| | Counsel for Defendant |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. Plaintiff filed his Complaint on June 3, 2025 (ECF No. 1). On June 4, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on September 4, 2025 with a joint case management statement to be due on August 28, 2025 and Rule 26(f) and ADR deadlines on August 14, 2025 (ECF No. 4).

4. Plaintiff's Complaint was subsequently served on the United States Attorney's Office on June 12, 2025.

5. On August 11, 2025, which was the deadline for Defendant's responsive pleading, Defendant filed a Motion to Transfer this action to the District of Arizona (ECF No. 11) ("Motion").

6. On August 14, 2025, at Plaintiff's request, the parties filed a stipulation to extend the briefing deadlines and hearing on Defendant's Motion, which the Court approved on August 15, 2025 (ECF No. 15).

7. On September 15, 2025, Plaintiff filed his Opposition to the Motion (ECF No. 16).

8. On September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Subsequently, the proceedings were stayed, including the remaining deadlines and hearing related to the Motion (ECF No. 20).

9. On November 25, 2025, after Congress restored appropriations to the Department of Justice and the government shutdown ended, the parties submitted a stipulation setting the Defendant's reply in support of the Motion on December 18, 2025 and the hearing on the Motion on January 22,

1  2026, which was approved by the Court on November 26, 2025 (ECF No. 22).

2      10.    Undersigned counsel is currently on medical leave and will not return to work until January. Consequently, the parties have conferred and agree to a modest extension whereby, subject to the Court's approval, the deadline for Defendant to file a reply in support of the Motion shall be January 29, 2026 and the hearing on the Motion shall be set for February 19, 2026.

    11.    There have been three previous requests for time modification in this case as referenced above in Paragraphs 6, 8 and 9 (*see* ECF Nos. 14, 19, 21).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 17, 2025        */s/ Kenneth Brakebill*
                                          Kenneth Brakebill
                                          Assistant United States Attorney

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

1. Defendant's deadline to file a reply in support of its Motion to Transfer is January 29, 2026.

2. The hearing on the Motion shall take place on February 19, 2026 at 10:00 a.m.

DATED: December 17. 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge